THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMERICA CAN! and AMERICA CAN! CARS FOR KIDS,<br><br>*Plaintiffs*,<br><br>v.<br><br>ARCH INSURANCE COMPANY and CARE PROVIDERS INSURANCE SERVICES, LLC,<br><br>*Defendants*. | Civil Action No. 3:20-CV-00850-X-BH |

## ORDER

The Court **VACATES** the trial setting in this case. The Court **ORDERS** the parties to notify the Court by September 6, 2022 which dates, of the following, that the parties could have trial: September 19, October 3, October 17, or November 7.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE