UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICA CAN! and AMERICA CAN! CARS FOR KIDS, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | Civil Action No. 3:20-CV-00850-X-BH |
| ARCH INSURANCE COMPANY and CARE PROVIDERS INSURANCE SERVICES, LLC, | § § § § § | |
| *Defendants*. | § § | |

## AMENDED SCHEDULING ORDER

The Court **SETS** this case for a jury trial on the Court's two-week docket beginning **Monday, October 17, 2022 at 1:30 pm**.

1. Each party will be given **fourteen hours** of jury time. Trials in the Dallas federal courthouse during COVID average between 6 and 6.5 hours of time with the jury each day (starting with the jury at 9:00 AM, breaking an hour and fifteen minutes for lunch, and taking 1 short morning and 2 short afternoon breaks). Breaks and lunch do not count against a party's jury time. Sidebars a party loses do count against a party's jury time.

2. The Court will proceed with **8 jurors** (a minimum of six is required and the Court routinely uses an additional juror for trials more than a day but less than a week). The Federal Rules of Civil Procedure do not contemplate alternate jurors.

3. By Wednesday, October 12, the parties shall file a notice to the Court about the status of settlement negotiations.

**IT IS SO ORDERED** this 25th day of August, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1